# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tyson, Kimberley H. | U.S. Bankruptcy Court, District of Colorado | 01/30/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Custom House
721 19th Street, Fifth Floor
Denver, CO 80202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (resigned 05/11/17) | Ireland Stapleton Pryor & Pascoe, PC |
| 2. | Director (resigned (04/04/17) | Legal Aid Foundation of Colorado |
| 3. | Member/Director | Tyson Family Enterprises, LLC |
| 4. | Chapter 7 Bankruptcy Trustee (resigned from all cases by 05-11-17) | U.S. Trustee |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 02-01-08 | Of Counsel Employment Agreement with Ireland Stapleton Pryor & Pascoe, PC (former firm) terminated 05/11/17 |
| 2. | 06-30-95 | Sherman & Howard 401k Plan with former law firm, self managed common fund asset selection |
| 3. | 02-11-94 | Charles Schwab SEP-IRA |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 01/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01-12/15 | Ireland Stapleton Pryor & Pascoe, PC salary | $135,693.00 |
| 2. 01-12/16 | Ireland Stapleton Pryor & Pascoe PC salary | $110,238.53 |
| 3. 01-05/17 | Ireland Stapleton Pryor & Pascoe PC salary | $101,616.69 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 01/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smuckers | A | Dividend | J | T | | | | | |
| 2. Spectronetics Corporation | | None | J | T | | | | | |
| 3. ANB Investment Management Account (H) | | | | | | | | | |
| 4. -Abbott Labs | B | Dividend | K | T | | | | | |
| 5. -Alcatel-Lucent | | None | | | Sold | 06/03/16 | J | | |
| 6. -Alphabet Inc Class A | | None | K | T | | | | | |
| 7. -Alphabet Inc Class C | | None | K | T | | | | | |
| 8. -Amgen Inc. | B | Dividend | L | T | | | | | |
| 9. -Apple Computer Inc | B | Dividend | L | T | | | | | |
| 10. -AT&T | A | Dividend | | | Sold | 06/26/17 | J | B | |
| 11. -Ball Corp | A | Dividend | K | T | | | | | |
| 12. -Bank of America | A | Dividend | | | Sold | 06/01/17 | K | D | |
| 13. -CenturyLink Inc. | A | Dividend | | | Sold | 06/26/17 | J | A | |
| 14. -Comcast Corp, Class A | A | Dividend | | | Sold | 06/26/17 | J | B | |
| 15. -ConocoPhillips | B | Dividend | K | T | | | | | |
| 16. -Dell Technologies | | None | | | Sold (part) | 09/19/16 | J | A | |
| 17. | | | | | Sold | 01/19/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 01/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -EMC | A | Dividend | | | Sold | 09/08/16 | J | B | |
| 19. -ExxonMobil Corp | D | Dividend | M | T | | | | | |
| 20. -Facebook Inc Class A | | None | L | T | | | | | |
| 21. -Federated Govt Obli Fe-Premier | C | Interest | L | T | | | | | |
| 22. -General Electric Corp | A | Dividend | | | Sold | 06/01/17 | L | D | |
| 23. -GNMA II PL #002825 | A | Interest | J | T | | | | | |
| 24. -GNMA II PL #002945 | A | Interest | J | T | | | | | |
| 25. -GNMA II PL #002975 | A | Interest | J | T | | | | | |
| 26. -GNMA II PL #002999 | A | Interest | J | T | | | | | |
| 27. -Goldman Sachs Group Inc. | A | Dividend | | | Sold | 06/01/17 | J | C | |
| 28. -iShares MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 29. -Johnson & Johnson | C | Dividend | L | T | | | | | |
| 30. -JP Morgan Chase & Co. | C | Dividend | | | Sold | 06/01/17 | L | F | |
| 31. -Microsoft | B | Dividend | | | Sold | 06/01/17 | L | E | |
| 32. -Nike Inc. Class B | A | Dividend | K | T | | | | | |
| 33. -Pfizer Inc | C | Dividend | L | T | | | | | |
| 34. -Pjt Partners Inc Class A | A | Dividend | | | Sold | 06/26/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 01/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Proctor & Gamble Co. | D | Dividend | M | T | | | | | |
| 36. -T Rowe Price Group, Inc. | A | Dividend | | | Sold (part) | 05/24/17 | J | | |
| 37. | A | Dividend | | | Sold | 06/01/17 | J | | |
| 38. -United Health Group | A | Dividend | | | Sold | 03/01/17 | J | C | |
| 39. -United Parcel Service Class B | A | Dividend | | | Sold | 06/01/17 | K | A | |
| 40. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 41. -Vanguard 500 Index Fund-Adm | A | Distribution | L | T | | | | | |
| 42. -Vanguard FTSE Aw Ex-Us-Adm | B | Distribution | M | T | | | | | |
| 43. -Verizon Communications, Inc. | A | Dividend | | | Sold (part) | 09/09/16 | J | A | |
| 44. | | | | | Sold | 06/26/17 | J | A | |
| 45. -Wal Mart Stores, Inc. | B | Dividend | K | T | | | | | |
| 46. -Walt Disney Co. | A | Dividend | K | T | | | | | |
| 47. -Williams Cos Inc. | C | Dividend | L | T | | | | | |
| 48. -Vodaphone | A | Dividend | J | T | | | | | |
| 49. -Wisdomtree Emerging Markets | B | Distribution | K | T | | | | | |
| 50. -Blackstone Group LP | D | Distribution | M | T | | | | | |
| 51. -Buckeye Partners LP | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 01/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Enterprise Prods Partners LP | B | Distribution | K | T | | | | | |
| 53. -Magellan Midstream Partners LP | C | Distribution | L | T | | | | | |
| 54. -Plains All American Pipeline LP | B | Distribution | K | T | | | | | |
| 55. Trust #1 (H) | | | | | | | | | |
| 56. -Buckey Partners LP | B | Distribution | J | T | | | | | |
| 57. -ExxonMobil Corp | D | Dividend | M | T | Sold (part) | 11/24/17 | J | C | |
| 58. -Federated Govt Obli Fd-Premier | A | Interest | J | T | | | | | |
| 59. -Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 60. -Proctor & Gamble Co | C | Dividend | L | T | Sold (part) | 03/29/17 | K | D | |
| 61. -United Parcel Service CL B | A | Dividend | | | Sold | 06/01/17 | J | A | |
| 62. -Vanguard 500 Index Fund - Adm | A | Distribution | J | T | | | | | |
| 63. -Vanguard FTSE Aw Ex-Us-Adm | A | Distribution | K | T | | | | | |
| 64. Tyson Family Enterprises, LLC | D | Distribution | K | U | | | | | |
| 65. ANB Bank Cash Account | A | Interest | K | T | | | | | |
| 66. Northwestern Mutual Whole Life Insurance | A | Int./Div. | K | T | | | | | |
| 67. Sherman & Howard 401k Plan (H) (no div., int., or inc. provided) | | | | | | | | | |
| 68. -Loomis Sayles Core Plus Bond Y | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 01/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -DFA US Large Cap Value Port Instl | | None | M | T | | | | | |
| 70. -Vanguard Institutional Index I | | None | L | T | | | | | |
| 71. -TIAA-CREF Mid-Cap Value Instl | | None | L | T | | | | | |
| 72. -Longleaf Partners Small-Cap | | None | M | T | | | | | |
| 73. -Vanguard Total Intl Stock Inde | | None | L | T | | | | | |
| 74. Charles Schwab SEP-IRA (cash equivalents only) | A | Interest | J | T | | | | | |
| 75. HSA Bank Cash Account | A | Interest | J | T | | | | | |
| 76. 1/9 interest in vacant land Sussex County, NJ | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tyson, Kimberley H. | 01/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part I, Positions, Line 4, I served as a Chapter 7 Trustee in thousands of cases. Prior to taking the bench, I resigned from all cases. All bankruptcy estates were created by statute, I had no beneficial interest in any of the estates and the only compensation from the received received was the statutory fee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberley H. Tyson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544